**IN RE: ESTATE OF JOHN J. DOWD, Deceased.**

34 So. (2nd) 121            January Term, 1948
February 13, 1948            Division A
Rehearing denied March 5, 1948

Affirmed.

**CITY OF JACKSONVILLE, FLORIDA, a municipal corporation in Duval County, Florida, et al, v. STATE OF FLORIDA, ex rel., HARRY JAFFA.**

34 So. (2nd) 121            January Term, 1948
February 13, 1948            Division B

Affirmed.

**ETHEL ROSMAN, a minor, joined by her father and next friend, LOUIS ROSMAND, v. HEDWIG SALL and WILLIAM W. SALL, husband and wife.**

34 So. (2nd) 121            January Term, 1948
February 13, 1948            Division A

Affirmed.

**WATROUS & COMPANY, a Florida Corporation, v. CARL B. WALSINGHAM, et al.**

34 So. (2nd) 121            January Term, 1948
February 17, 1948            Division B

Affirmed.

**ACCEPTANCE CORPORATION OF FLORIDA, a Corporation, v. EDDIE McGILL and S. H. CLARK.**

34 So. (2nd) 312            January Term, 1948
February 20, 1948            En Banc

Affirmed.